No. 77–1578. Broadcast Music, Inc., et al. v. Columbia Broadcasting System, Inc., et al.; and

No. 77–1583. American Society of Composers, Authors & Publishers et al. v. Columbia Broadcasting System, Inc., et al. C. A. 2d Cir. [Certiorari granted, *ante*, p. 817.] Motion of the Solicitor General for additional time to present oral argument on behalf of the United States as *amicus curiae* denied. Time allotted for oral argument is divided as follows: 30 minutes to petitioners, 15 minutes to the Solicitor General as *amicus curiae,* and 45 minutes to respondents.

No. 77–1654. Consumer Energy Council of America v. Federal Energy Regulatory Commission. C. A. 5th Cir. [Certiorari granted, *ante,* p. 817.] Motion of petitioner to substitute Consumer Energy Council of America in place of Consumer Federation of America, Energy Policy Task Force, granted. Mr. Justice Stewart took no part in the consideration or decision of this motion.

No. 77–1724. Burks et al. v. Lasker et al. C. A. 2d Cir. [Certiorari granted, *ante,* p. 816.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose.

No. 77–6673. Brown v. Texas. County Ct. at Law No. 2, El Paso County, Tex. [Probable jurisdiction noted, *ante,* p. 909.] Motion of Joe B. Dibrell, Jr., Esquire, to permit Renea Hicks, Esquire, to present oral argument *pro hac vice* granted.

No. 78–201. Greenholtz, Chairman, Board of Parole of Nebraska, et al. v. Inmates of the Nebraska Penal and Correctional Complex et al. C. A. 8th Cir. [Certiorari granted, *ante,* p. 817.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additonal minutes allotted for that purpose.